RONALDO MUNIZ,
    Appellant

v.

UNITED STATES OF AMERICA;
FEDERAL BUREAU OF PRISONS;
DR. ABIGAIL LOPEZ-DE LASALLE;
JOHN and JANE DOES