| | OFFICE OF THE CLERK | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT** | UNITED STATES COURT OF APPEALS | TELEPHONE |
| **CLERK** | 21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790<br>Website: www.ca3.uscourts.gov | 215-597-2995 |



February 3, 2025

D. Dangaran, Esq.
John T. Stinson Jr., Esq.
Samuel Weiss, Esq.

RE: Rolando Muniz v. USA, et al
Case Number: 24-1028
District Court Case Number: 1:22-cv-00816

Dear Counsel:

The above-entitled case has been removed from the **Court's calendar for Thursday, February 06, 2025,** and will be rescheduled **at the convenience to the Court.**

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Khadija Younger*

Khadija Younger
Calendar Clerk
267-299-4914